Thomas G. Foley, Jr. (Calif. Bar No. 065812; Admitted Pro Hac Vice)
Email:  tfoley@foleybezek.com
Robert A. Curtis (Calif. Bar. No. 203870; Admitted Pro Hac Vice)
Email: rcurtis@foleybezek.com
**FOLEY BEZEK BEHLE & CURTIS, LLP**
15 West Carrillo Street
Santa Barbara, CA 93101
Telephone: (805) 962-9495
Facsimile:  (805) 965-0722

Attorneys for Plaintiff Howard J. Hawkes Trust, individually,
and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: INTERNAL REVENUE SERVICE § 1031 TAX DEFERRED EXCHANGE LITIGATION<br><br>(Howard J. Hawkes Trust, etc., v. Qualified Exchange Services, et al.) | MDL DOCKET NO. 1878<br><br>CASE NO: 2:07-cv-01394-RCJ-LRL<br><br>Case No: 2:07-cv-00816-RCJ-LRL<br><br>**PLAINTIFF HOWARD J. HAWKES TRUST'S CONSENT TO DISMISSAL**<br><br>Location:   Courtroom of U.S.D.C.<br>Judge:        Hon. Robert C. Jones |

1    On March 8, 2012, the Court issued an order re dismissal of the above-referenced
2    matter within 30 days for want of prosecution. (Doc entry 144.) The Complaint in this
3    matter was consolidated by the MDL Panel with Sorrell v. Snell & Wilmer, LLP, et al.,
4    Case No. 2:08-cv-0761-RCJ-LRL, and was thereafter referenced as *In Re Southwest*
5    *Exchange,* Case No. 2:07-cv-01394-RCJ-LRL.  This Court previously approved a class
6    action settlement in *In Re Southwest Exchange.*  Plaintiff Howard Hawkes Trust, the
7    plaintiff in Hawkes v. Qualified Exchange Services, et al., Case No. 2:07-cv-00816-RCJ-
8    LRL, hereby consents to dismissal of this case as the consolidated litigation is now
9    concluded .

Dated:  March 29, 2012                               **FOLEY BEZEK BEHLE & CURTIS, LLP**

By:___/s_____
Thomas G. Foley, Jr.
Attorneys for Plaintiff Howard Hawkes
Trust and all other similarly situated.


ORDER

IT IS SO ORDERED.

DATED:  This 29th day of March, 2012.

_____
ROBERT C. JONES
United States Chief District Judge

2    Case No.: 07-cv-01394-RCJ-LRL_
PLAINTIFF HOWARD J. HAWKES TRUST'S CONSENT TO DISMISSAL